UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------
JOHN LOMBARDI,                       :
                                     :
        Plaintiff,                 :     Civ. No. 04-6418 (DRD)
                                     :
    v.                             :
                                     :
MORRIS COUNTY SHERIFF'S              :     **O R D E R**
DEPARTMENT, EDWARD ROCHFORD,         :
RALPH MCGRANE, FRANK                 :
CORRENTE, and JOHN DOES              :
1 THROUGH 10,                        :
                                     :
        Defendants.                :
                                     :
------------------------------------------------------

    Defendant, Edward Rochford, having moved for summary judgment on all remaining counts of the complaint, and the court having reviewed the submissions and heard the arguments of the parties, and for the reasons set forth in an opinion of even date,

    IT IS, on this 22nd day of May, 2007, **ORDERED** as follows:

    1.  Defendant's Motion for Summary Judgment is hereby granted as to the First and Second Counts.

    2.  Plaintiff's federal claims in the First and Second Counts are dismissed with prejudice.

    3.  The court will retain supplemental jurisdiction over Plaintiff's state law claims in the Fourth and Sixth Counts.


                                      /s/ Dickinson R. Debevoise
                                      DICKINSON R. DEBEVOISE, U.S.S.D.J.